UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH WOLFE,

             Plaintiff,

   v.

DEPARTMENT OF CORRECTIONS
STATE OF WASHINGTON et al.

             Defendants.

CASE NO. C13-5523 RBL-JRC

ORDER

     The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

     (1)    The Court adopts the Report and Recommendation;

     (2)    This action is dismissed without prejudice pursuant to Local Rule 41(b)(2).

     DATED this 28th day of October, 2013.

                                           RONALD B. LEIGHTON
                                           UNITED STATES DISTRICT JUDGE

ORDER - 1